| Attorney or Party Name, Address, Phone & Fax Nos., State Bar No. & Email | FOR COURT USE ONLY |
|---|---|
| Gary Polston<br>Bar Number: 219992<br>24031 El Toro Rd Ste 260<br>Laguna Hills, CA 92653-3153<br>Phone: (714) 532-3901<br>Email: gary@polstonlaw.com | |
| ☐ Debtor(s) appearing without an attorney<br>☒ Attorney for Debtor(s) | |

## United States Bankruptcy Court
## Central District of California - Los Angeles Division

| In re:<br>Bhogal, Bhavneet K | CASE NO.:<br>CHAPTER: Chapter 7 |
|---|---|
| | **DECLARATION BY DEBTOR(S)<br>AS TO WHETHER INCOME WAS RECEIVED<br>FROM AN EMPLOYER WITHIN 60 DAYS OF THE PETITION DATE**<br>[11 U.S.C. § 521(a)(1)(B)(iv)] |
| Debtor(s). | [No hearing required] |

Debtor(s) provides the following declaration(s) as to whether income was received from an employer within 60 days of the Debtor(s) filing this bankruptcy case (Petition Date), as required by 11 U.S.C. § 521(a)(1)(B)(iv):

<u>Declaration of Debtor 1</u>

1. ☒ I am Debtor 1 in this case, and I declare under penalty of perjury that the following information is true and correct:

    During the 60-day period before the Petition Date ( <u>Check only ONE box below</u> ):

    ☒ I was paid by an employer. Attached are copies of all statements of earnings, pay stubs, or other proof of employment income I received from my employer during this 60-day period. *(If the Debtor's social security number or bank account is on a pay stub or other proof of income, the Debtor must cross out (redact) the number(s) before filing this declaration.)*

    ☐ I was not paid by an employer because I was either self-employed only, or not employed.

Date: 02/03/2022    Bhavneet K Bhogal    *Bhavneet K Bhogal*
                    Printed name of Debtor 1    Signature of Debtor 1

<u>Declaration of Debtor 2 (Joint Debtor) (if applicable)</u>

2. ☐ I am Debtor 2 in this case, and I declare under penalty of perjury that the following information is true and correct:

    During the 60-day period before the Petition Date ( <u>Check only ONE box below</u> ):

    ☐ I was paid by an employer. Attached are copies of all statements of earnings, pay stubs, or other proof of employment income I received from my employer during this 60-day period. *(If the Debtor's social security number or bank account is on a pay stub or other proof of income, the Debtor must cross out (redact) the number(s) before filing this declaration.)*

    ☐ I was not paid by an employer because I was either self-employed only, or not employed.

Date: _____    _____    _____
                    Printed name of Debtor 2    Signature of Debtor 2

## PAY STATEMENT
ID: 00000010209082263

VertiSource, Inc
6985 Union Park Center
#100
Cottonwood Heights, UT 84047

Genesis Rehab Services
122 A East Foothill BLVD
Arcadia, CA 91006

Bhavneet Kaur Bhogal
23415 pleasant Meadow rd
Diamond Bar, CA 91765

### PAY PERIOD INFORMATION
- Payroll Frequency: Semi-Monthly
- Pay Period: 1/1/2022 - 1/15/2022
- Pay Date: 1/25/2022
- Work Location: Genesis Rehab Services 122 A East Foothill BLVD

### EMPLOYEE INFORMATION
- Employee ID: 20
- Employee SSN: ***-**-6051
- Federal: S TJ:N $0.00 $0.00 $0.00 $0.00
- State(s): CA: M 0/0 $0.00

### COMPANY MESSAGE
HAVE YOU RECENTLY MOVED? Don't forget to let us know! Call us Toll Free 855.565.VSHR (8747)

### EARNINGS

| Type | Rate | Hrs/U | Current | YTD |
|---|---|---|---|---|
| Contractor 1 | 60.0000 | 57.00 | $3,420.00 | $7,065.00 |

### DEDUCTIONS AND CONTRIBUTIONS

| Type | Current | YTD |
|---|---|---|

### TAXES

| Type | Current | YTD |
|---|---|---|

### STATEMENT SUMMARY

| | Current | YTD |
|---|---|---|
| Total Gross | $3,420.00 | $7,065.00 |
| Total Taxes | $0.00 | $0.00 |
| Total Deductions | $0.00 | $0.00 |
| Net Pay | $3,420.00 | $7,065.00 |

### NET PAY DISTRIBUTION

| Bank Account | Account Type | Net Pay |
|---|---|---|
| ******5197 | Checking | $3,420.00 |
| Live Check | | $0.00 |

**Total Net Pay: $3,420.00**

APP R 1.2.1.0

PAGE 1/1

---

REMOVE DOCUMENT ALONG THIS PERFORATION

---

VertiSource, Inc
6985 Union Park Center
#100
Cottonwood Heights, UT 84047

In Service To:
Genesis Rehab Services
122 A East Foothill BLVD
Arcadia, CA 91006

Bank Account ID: 0000001020
Zion's Bank
7015 Highland Dr
Cottonwood Heights, UT 84121

CHECK #: 9062263
PAY DATE: 1/25/2022

PAY:    Zero Dollars

$*******0.00

TO THE ORDER OF:
Bhavneet Kaur Bhogal   [20]
23415 pleasant Meadow rd
Diamond Bar, CA 91765

## NON-NEGOTIABLE
Not Valid After 90 Days

* SEE REVERSE SIDE FOR EASY OPENING INSTRUCTIONS *

VertiSource, Inc
6985 Union Park Center
#100
Cottonwood Heights, UT 84047

Bhavneet Kaur Bhogal   [20]
23415 pleasant Meadow rd
Diamond Bar, CA 91765

| PAY STATEMENT<br>ID: 00005010200080753 | VertiSource, Inc<br>6985 Union Park Center<br>#100<br>Cottonwood Heights, UT 84047 | Genesis Rehab Services<br>122 A East Foothill BLVD<br>Arcadia, CA 91006 | Bhavneet Kaur Bhogal<br>23415 pleasant Meadow rd<br>Diamond Bar, CA 91765 |
|---|---|---|---|

### PAY PERIOD INFORMATION

| Payroll Frequency: | Semi-Monthly |
|---|---|
| Pay Period: | 12/16/2021 – 12/31/2021 |
| Pay Date: | 1/10/2022 |
| Work Location: | Genesis Rehab Services 122 A East Foothill BLVD |

### EMPLOYEE INFORMATION

| Employee ID: | 20 |
|---|---|
| Employee SSN: | ***-**-8051 |
| Federal: | S TJ:N $0.00 $0.00 $0.00 $0.00 |
| State(s): | CA: M 0/0 $0.00 |

### COMPANY MESSAGE

HAVE YOU RECENTLY MOVED? Don't forget to let us know! Call us Toll Free 855.565.VSHR (8747)

### EARNINGS

| Type | Rate | Hrs/U | Current | YTD |
|---|---|---|---|---|
| Contractor 1 | $80.0000 | 90.75 | $3,645.00 | $3,645.00 |

### DEDUCTIONS AND CONTRIBUTIONS

| Type | Current | YTD |
|---|---|---|

### TAXES

| Type | Current | YTD |
|---|---|---|

### STATEMENT SUMMARY

| | Current | YTD |
|---|---|---|
| Total Gross | $3,645.00 | $3,645.00 |
| Total Taxes | $0.00 | $0.00 |
| Total Deductions | $0.00 | $0.00 |
| Net Pay | $3,645.00 | $3,645.00 |

### NET PAY DISTRIBUTION

| Bank Account | Account Type | Net Pay |
|---|---|---|
| *******8197 | Checking | $3,645.00 |
| Live Check | | $0.00 |
| **Total Net Pay** | | **$3,645.00** |

APP R 1.2.1.0

PAGE 1/1

REMOVE DOCUMENT ALONG THIS PERFORATION

---

VertiSource, Inc
6985 Union Park Center
#100
Cottonwood Heights, UT 84047

In Service To:
Genesis Rehab Services
122 A East Foothill BLVD
Arcadia, CA 91006

Bank Account ID: 0000001020
Zion's Bank
7015 Highland Dr
Cottonwood Heights, UT 84121

CHECK #: 9080753
PAY DATE: 1/10/2022

PAY: Zero Dollars

$*******0.00

TO THE ORDER OF:
Bhavneet Kaur Bhogal    20
23415 pleasant Meadow rd
Diamond Bar, CA 91765

**NON-NEGOTIABLE**

Not Valid After 90 Days

* SEE REVERSE SIDE FOR EASY OPENING INSTRUCTIONS *

VertiSource, Inc
6985 Union Park Center
#100
Cottonwood Heights, UT 84047

Bhavneet Kaur Bhogal    20
23415 pleasant Meadow rd
Diamond Bar, CA 91765

| PAY STATEMENT ID: 00000010209078919 | VertiSource, Inc 6985 Union Park Center #100 Cottonwood Heights, UT 84047 | Genesis Rehab Services 122 A East Foothill BLVD Arcadia, CA 91006 | Bhavneet Kaur Bhogal 23415 pleasant Meadow rd Diamond Bar, CA 91765 |
|---|---|---|---|

### PAY PERIOD INFORMATION
Payroll Frequency: Semi-Monthly
Pay Period: 12/1/2021 - 12/15/2021
Pay Date: 12/21/2021
Work Location: Genesis Rehab Services 122 A East Foothill BLVD

### EMPLOYEE INFORMATION
Employee ID: 20
Employee SSN: ***-**-8051
Federal: S T:N $0.00 $0.00 $0.00 $0.00
State(s): CA: M 0/0 $0.00

### COMPANY MESSAGE
HAVE YOU RECENTLY MOVED? Don't forget to let us know! Call us Toll Free 855.585.VSHR (8747)

### EARNINGS
| Type | Rate | Hrs/U | Current | YTD |
|---|---|---|---|---|
| Contractor B | $0.0000 | | $100.00 | $100.00 |
| Contractor 1 | $60.0000 | 0.00 | $0.00 | $70,245.00 |

### DEDUCTIONS AND CONTRIBUTIONS
| Type | Current | YTD |
|---|---|---|

### TAXES
| Type | Current | YTD |
|---|---|---|

### STATEMENT SUMMARY
| | Current | YTD |
|---|---|---|
| Total Gross | $100.00 | $70,345.00 |
| Total Taxes | $0.00 | $0.00 |
| Total Deductions | $0.00 | $0.00 |
| Net Pay | $100.00 | $70,345.00 |

### NET PAY DISTRIBUTION
| Bank Account | Account Type | Net Pay |
|---|---|---|
| *******6197 | Checking | $100.00 |
| Live Check | | $0.00 |
| **Total Net Pay** | | **$100.00** |

APP R 1.2.1.0

PAGE 1/1

REMOVE DOCUMENT ALONG THIS PERFORATION

VertiSource, Inc
6985 Union Park Center
#100
Cottonwood Heights, UT 84047

In Service To:
Genesis Rehab Services
122 A East Foothill BLVD
Arcadia, CA 91006

Bank Account ID: 0000001020
Zion's Bank
7015 Highland Dr
Cottonwood Heights, UT 84121

CHECK #: 9078919
PAY DATE: 12/21/2021

PAY: Zero Dollars

$*******0.00

TO THE ORDER OF:
Bhavneet Kaur Bhogal    20
23415 pleasant Meadow rd
Diamond Bar, CA 91765

**NON-NEGOTIABLE**

Not Valid After 90 Days

SEE REVERSE SIDE FOR EASY OPENING INSTRUCTIONS

VertiSource, Inc
6985 Union Park Center
#100
Cottonwood Heights, UT 84047

Bhavneet Kaur Bhogal    20
23415 pleasant Meadow rd
Diamond Bar, CA 91765

| PAY STATEMENT | VertiSource, Inc | Genesis Rehab Services | Bhavneet Kaur Bhogal |
|---|---|---|---|
| ID: 00000010200077676 | 6985 Union Park Center #100 Cottonwood Heights, UT 84047 | 122 A East Foothill BLVD Arcadia, CA 91006 | 23415 pleasant Meadow rd Diamond Bar, CA 91765 |

### PAY PERIOD INFORMATION

Payroll Frequency: Semi-Monthly
Pay Period: 11/16/2021 - 11/30/2021
Pay Date: 12/10/2021
Work Location: Genesis Rehab Services 122 A East Foothill BLVD

### EMPLOYEE INFORMATION

Employee ID: 20
Employee SSN: ***-**-8051
Federal: S TJ:N $0.00 $0.00 $0.00 $0.00
State(s): CA: M 0/0 $0.00

### COMPANY MESSAGE

HAVE YOU RECENTLY MOVED? Don't forget to let us know! Call us Toll Free 855.555.VSHR (8747)

### EARNINGS

| Type | Rate | Hrs/U | Current | YTD |
|---|---|---|---|---|
| Contractor 1 | $60.0000 | 51.75 | $3,105.00 | $70,245.00 |

### DEDUCTIONS AND CONTRIBUTIONS

| Type | Current | YTD |
|---|---|---|

### TAXES

| Type | Current | YTD |
|---|---|---|

### STATEMENT SUMMARY

|  | Current | YTD |
|---|---|---|
| Total Gross | $3,105.00 | $70,245.00 |
| Total Taxes | $0.00 | $0.00 |
| Total Deductions | $0.00 | $0.00 |
| Net Pay | $3,105.00 | $70,245.00 |

### NET PAY DISTRIBUTION

| Bank Account | Account Type | Net Pay |
|---|---|---|
| ******8197 | Checking | $3,105.00 |
| Live Check | - | $0.00 |
| **Total Net Pay** | | **$3,105.00** |

APP R 1.2.1.0

PAGE 1/1

---

REMOVE DOCUMENT ALONG THIS PERFORATION

---

VertiSource, Inc
6985 Union Park Center
#100
Cottonwood Heights, UT 84047

In Service To:
Genesis Rehab Services
122 A East Foothill BLVD
Arcadia, CA 91006

Bank Account ID: 0000001020
Zion's Bank
7015 Highland Dr
Cottonwood Heights, UT 84121

CHECK #: 9077676
PAY DATE: 12/10/2021

PAY: Zero Dollars

$********0.00

TO THE ORDER OF:
Bhavneet Kaur Bhogal    20
23415 pleasant Meadow rd
Diamond Bar, CA 91765

**NON-NEGOTIABLE**

Not Valid After 90 Days

* SEE REVERSE SIDE FOR EASY OPENING INSTRUCTIONS *

VertiSource, Inc
6985 Union Park Center
#100
Cottonwood Heights, UT 84047

Bhavneet Kaur Bhogal    20
23415 pleasant Meadow rd
Diamond Bar, CA 91765

**SOUTH PACIFIC REHABILITATION SERVICES, INC**
16260 VENTURA BOULEVARD
SUITE 600
ENCINO CA 91436

| | |
|---|---|
| CHECK NO: | 0000515017 |
| CHECK DATE: | 01/25/2022 |
| PERIOD START: | 01/01/2022 |
| PERIOD END: | 01/15/2022 |
| PAY FREQUENCY: | |

BHOGAL BHAVNEET K
23415 PLEASANT MEADOW
DIAMOND BAR CA 91765

ID NUMBER: 013356
PAY RATE: 52.0000
SSN: XXX-XX-4646
DEPARTMENT: 5008

**STATUS** — **EXEMPT**
FEDERAL: M
STATE 1: M
STATE 2:

**TAX ADJUSTMENT**
FEDERAL:
STATE:
LOCAL:

## IMPORTANT MESSAGE

### HOURS AND EARNINGS

| DESCRIPTION | CURRENT HOURS | CURRENT RATE | CURRENT EARNINGS | Y-T-D EARNINGS |
|---|---|---|---|---|
| Paid Time Off | 8.00 | 52.00 | 416.00 | 4160.00 |
| Regular Wages | 77.00 | 52.00 | 4004.00 | 4836.00 |
| **TOTAL** | 85.00 | | 4420.00 | 8996.00 |

### TAXES

| DESCRIPTION | CURRENT AMOUNT | Y-T-D AMOUNT |
|---|---|---|
| FEDERAL TAX | 483.45 | 1001.22 |
| OASDI TAX | 272.77 | 555.20 |
| MEDICARE TAX | 63.79 | 129.84 |
| CA State Tax | 176.96 | 367.65 |
| SDI/SUI TAX | 48.62 | 98.96 |
| **TOTAL** | 1045.59 | 2152.87 |

### SPECIAL INFORMATION

| | |
|---|---|
| BRVMT ACCR | 24.00 |
| BRVMT BAL | 24.00 |
| CONTEDU BAL | 8.00 |
| CONTEDU ACCR | 8.00 |
| PTOT ACCR | 369.75 |
| PTOT TAKN | 8.00 |
| PTOT BAL | 83.25 |

### PRE-TAX DEDUCTIONS

| DESCRIPTION | CURRENT | Y-T-D |
|---|---|---|
| DENTAL | 20.60 | 41.20 |
| **TOTAL** | 20.60 | 41.20 |

### AFTER-TAX DEDUCTIONS

| TOTAL | 0.00 | 0.00 |
|---|---|---|

### NET PAY DISTRIBUTION

| CXXXXXXX812 | 3353.81 |
|---|---|

| | GROSS WAGES | PRE-TAX | FIT-TAXABLE | TAXES | DED/OTHER | NETPAY |
|---|---|---|---|---|---|---|
| CURRENT | 4420.00 | 20.60 | 4399.40 | 1045.59 | 0.00 | 3353.81 |
| Y-T-D | 8996.00 | 41.20 | 8954.80 | 2152.87 | 0.00 | 6801.93 |

Total Dir Deposit: 3353.81

| | | | | SOUTH PACIFIC REHABILITATION SERVICES, INC<br>16260 VENTURA BOULEVARD<br>SUITE 600<br>ENCINO CA 91436 | CHECK NO: | 0000512424 |
|---|---|---|---|---|---|---|
| | | | | | CHECK DATE: | 01/10/2022 |
| | | | | | PERIOD START: | 12/16/2021 |
| | | | | | PERIOD END: | 12/31/2021 |
| | | | | | PAY FREQUENCY: | |

| BHOGAL BHAVNEET K<br>23415 PLEASANT MEADOW<br>DIAMOND BAR CA 91765 | ID NUMBER: 013356<br>PAY RATE: 52.0000<br>SSN: XXX-XX-4646<br>DEPARTMENT: 5008 | STATUS<br>FEDERAL: M<br>STATE 1: M<br>STATE 2: | EXEMPT | TAX ADJUSTMENT<br>FEDERAL:<br>STATE:<br>LOCAL: |

### IMPORTANT MESSAGE

### HOURS AND EARNINGS

| DESCRIPTION | CURRENT HOURS | CURRENT RATE | CURRENT EARNINGS | Y-T-D EARNINGS |
|---|---|---|---|---|
| Paid Time Off | 72.00 | 52.00 | 3744.00 | 3744.00 |
| Regular Wages | 16.00 | 52.00 | 832.00 | 832.00 |
| **TOTAL** | 88.00 | | 4576.00 | 4576.00 |

### TAXES

| DESCRIPTION | CURRENT AMOUNT | Y-T-D AMOUNT |
|---|---|---|
| FEDERAL TAX | 517.77 | 517.77 |
| OASDI TAX | 282.43 | 282.43 |
| MEDICARE TAX | 66.05 | 66.05 |
| CA State Tax | 190.69 | 190.69 |
| SDI/SUI TAX | 50.34 | 50.34 |
| **TOTAL** | 1107.28 | 1107.28 |

### SPECIAL INFORMATION

| | |
|---|---|
| BRVMT ACCR | 24.00 |
| CONTEDU ACCR | 8.00 |
| PTOT ACCR | 362.98 |
| PTOT BAL | 84.48 |
| PTOT TAKN | 72.00 |

### PRE-TAX DEDUCTIONS

| | CURRENT | Y-T-D |
|---|---|---|
| DENTAL | 20.60 | 20.60 |
| **TOTAL** | 20.60 | 20.60 |

### AFTER-TAX DEDUCTIONS

| | CURRENT | Y-T-D |
|---|---|---|
| **TOTAL** | 0.00 | 0.00 |

### NET PAY DISTRIBUTION

| | |
|---|---|
| CXXXXXXX812 | 3448.12 |

| | GROSS WAGES | PRE-TAX | FIT-TAXABLE | TAXES | DED/OTHER | NETPAY |
|---|---|---|---|---|---|---|
| **CURRENT** | 4576.00 | 20.60 | 4555.40 | 1107.28 | 0.00 | 3448.12 |
| **Y-T-D** | 4576.00 | 20.60 | 4555.40 | 1107.28 | 0.00 | 3448.12 |

Total Dir Deposit: 3448.12

Statement Of Earnings    Detach at perforation below and keep for your records.    A Payroll Service By Paychex

SOUTH PACIFIC REHABILITATION SERVICES, INC
16260 VENTURA BOULEVARD
SUITE 600
ENCINO CA 91436

DATE: 01/10/2022    ADVICE NO: 0000512424

**YOUR ENTIRE NETPAY HAS BEEN DEPOSITED TO YOUR BANK ACCOUNT(S). PLEASE REVIEW THE "CURRENT NET PAY DISTRIBUTION" SECTION OF YOUR STATEMENT OF EARNINGS FOR DETAILS.**

BHOGAL BHAVNEET K
23415 PLEASANT MEADOW
DIAMOND BAR CA 91765

NOT NEGOTIABLE

| | | SOUTH PACIFIC REHABILITATION SERVICES, INC<br>16260 VENTURA BOULEVARD<br>SUITE 600<br>ENCINO CA 91436 | CHECK NO: | 0000510001 |
|---|---|---|---|---|
| | | | CHECK DATE: | 12/23/2021 |
| | | | PERIOD START: | 12/01/2021 |
| | | | PERIOD END: | 12/15/2021 |
| | | | PAY FREQUENCY: | |

| | | | **STATUS** | **EXEMPT** | | **TAX ADJUSTMENT** |
|---|---|---|---|---|---|---|
| BHO... BHAVNEET K<br>23415 PLEASANT MEADOW<br>DIAMOND BAR CA 91765 | ID NUMBER: 013356<br>PAY RATE: 52.0000<br>SSN: XXX-XX-4646<br>DEPARTMENT: 5008 | | FEDERAL: M<br>STATE 1: M<br>STATE 2: | | FEDERAL:<br>STATE:<br>LOCAL: | |

### IMPORTANT MESSAGE

### HOURS AND EARNINGS

| DESCRIPTION | CURRENT HOURS | CURRENT RATE | CURRENT EARNINGS | Y-T-D EARNINGS |
|---|---|---|---|---|
| Bereavement | | 52.00 | | 1248.00 |
| Bonus | | 750.00 | | 1500.00 |
| Continuing Educ | | 65.00 | | 520.00 |
| OverTime 1.5 | | 78.00 | | 78.00 |
| OverTime 1.5 Da | .02 | 78.00 | 1.56 | 3.12 |
| Paid Time Off | 8.00 | 52.00 | 416.00 | 10738.00 |
| Regular Wages | 80.00 | 52.00 | 4160.00 | 82275.96 |
| Regular Wages | | 65.00 | | 16379.99 |
| Travel | | 52.00 | | 13.00 |
| **TOTAL** | **88.02** | | **4577.56** | **112756.07** |

### TAXES

| DESCRIPTION | CURRENT AMOUNT | Y-T-D AMOUNT |
|---|---|---|
| FEDERAL TAX | 540.94 | 13502.82 |
| OASDI TAX | 283.81 | 6990.88 |
| MEDICARE TAX | 66.37 | 1634.96 |
| CA State Tax | 192.64 | 4858.38 |
| SDI/SUI TAX | 54.93 | 1353.07 |
| **TOTAL** | **1138.69** | **28340.11** |

### SPECIAL INFORMATION

| | |
|---|---|
| PTOT TAKN | 8.00 |
| PTOT BAL | 149.71 |

### PRE-TAX DEDUCTIONS

| TOTAL | 0.00 | 0.00 |
|---|---|---|

### AFTER-TAX DEDUCTIONS

| TOTAL | 0.00 | 0.00 |
|---|---|---|

### NET PAY DISTRIBUTION

| CXXXXXXX812 | 3438.87 |
|---|---|

| | GROSS WAGES | PRE-TAX | FIT-TAXABLE | TAXES | DED/OTHER | NETPAY |
|---|---|---|---|---|---|---|
| CURRENT | 4577.56 | 0.00 | 4577.56 | 1138.69 | 0.00 | 3438.87 |
| Y-T-D | 112756.07 | 0.00 | 112756.07 | 28340.11 | 0.00 | 84415.96 |

Total Dir Deposit: 3438.87

Statement Of Earnings    Detach at perforation below and keep for your records.    A Payroll Service By Cerdian

SOUTH PACIFIC REHABILITATION SERVICES, INC
16260 VENTURA BOULEVARD
SUITE 600
ENCINO CA 91436

DATE: 12/23/2021                                              ADVICE NO: 0000510001

**YOUR ENTIRE NETPAY HAS BEEN DEPOSITED TO YOUR BANK ACCOUNT(S). PLEASE REVIEW THE "CURRENT NET PAY DISTRIBUTION" SECTION OF YOUR STATEMENT OF EARNINGS FOR DETAILS.**

BHOGAL BHAVNEET K                                              NOT NEGOTIABLE
23415 PLEASANT MEADOW
DIAMOND BAR CA 91765

**SOUTH PACIFIC REHABILITATION SERVICES, INC**
16260 VENTURA BOULEVARD
SUITE 600
ENCINO CA 91436

| CHECK NO: | 0000507544 |
|---|---|
| CHECK DATE: | 12/10/2021 |
| PERIOD START: | 11/16/2021 |
| PERIOD END: | 11/30/2021 |
| PAY FREQUENCY: | |

BHOGAL BHAVNEET K
23415 PLEASANT MEADOW
DIAMOND BAR CA 91765

ID NUMBER: 013356
PAY RATE: 52.0000
SSN: XXX-XX-4646
DEPARTMENT: 5008

STATUS: **EXEMPT**
FEDERAL: M
STATE 1: M
STATE 2:

**TAX ADJUSTMENT**
FEDERAL:
STATE:
LOCAL:

## IMPORTANT MESSAGE

### HOURS AND EARNINGS

| DESCRIPTION | CURRENT HOURS | CURRENT RATE | CURRENT EARNINGS | Y-T-D EARNINGS |
|---|---|---|---|---|
| Bereavement | | 52.00 | | 1248.00 |
| Bonus | | 750.00 | | 1500.00 |
| Continuing Educ | | 65.00 | | 520.00 |
| OverTime 1.5 | | 78.00 | | 78.00 |
| OverTime 1.5 Da | | 78.00 | | 1.56 |
| Paid Time Off | | 52.00 | | 10322.00 |
| Regular Wages | 82.00 | 52.00 | 4264.00 | 78115.96 |
| Regular Wages | | 65.00 | | 16379.99 |
| Travel | | 52.00 | | 13.00 |

### TAXES

| DESCRIPTION | CURRENT AMOUNT | Y-T-D AMOUNT |
|---|---|---|
| FEDERAL TAX | 471.95 | 12961.88 |
| OASDI TAX | 264.37 | 6707.07 |
| MEDICARE TAX | 61.83 | 1568.59 |
| CA State Tax | 165.05 | 4665.74 |
| SDI/SUI TAX | 51.16 | 1298.14 |

### SPECIAL INFORMATION

| | |
|---|---|
| PTOT BAL | 151.41 |

**TOTAL**  82.00    4264.00    108178.51    **TOTAL**    1014.36    27201.42

### PRE-TAX DEDUCTIONS

### AFTER-TAX DEDUCTIONS

### NET PAY DISTRIBUTION

CXXXXXXX812    3249.64

**TOTAL**    0.00    0.00    **TOTAL**    0.00    0.00

| | GROSS WAGES | PRE-TAX | FIT-TAXABLE | TAXES | DED/OTHER | NETPAY |
|---|---|---|---|---|---|---|
| CURRENT | 4264.00 | 0.00 | 4264.00 | 1014.36 | 0.00 | 3249.64 |
| Y-T-D | 108178.51 | 0.00 | 108178.51 | 27201.42 | 0.00 | 80977.09 |

Total Dir Deposit: 3249.64

**GATEWAYS REHABILITATION LLC**

Bhavneet Kaur Inc.

| Date | Type | Reference | Original Amt. | Balance Due | 12/10/2021 Discount | 6041 |
|---|---|---|---|---|---|---|
| 11/30/2021 | Bill | 11/16/21-11/30/21 | 377.00 | 377.00 | | Payment 377.00 |
| | | | | | Check Amount | 377.00 |

Wells Fargo Operatin    11/16/21-11/30/21

377.00

---

**GATEWAYS REHABILITATION LLC**

Bhavneet Kaur Inc.

| Date | Type | Reference | Original Amt. | Balance Due | 1/25/2022 Discount | 616 |
|---|---|---|---|---|---|---|
| 1/15/2022 | Bill | 01/01/22 - 01/15/22 | 988.00 | 988.00 | | Payment 988.00 |
| 1/15/2022 | Bill | 01/01/22-01/15/22 | 572.00 | 572.00 | | 572.00 |
| | | | | | Check Amount | 1,560.00 |

Wells Fargo Operatin

1,560.00

---

**GATEWAYS REHABILITATION LLC**

Bhavneet Kaur Inc.

| Date | Type | Reference | Original Amt. | Balance Due | 12/23/2021 Discount | 6081 |
|---|---|---|---|---|---|---|
| 12/15/2021 | Bill | 12/01/21-12/15/21 | 468.00 | 468.00 | | Payment 468.00 |
| | | | | | Check Amount | 468.00 |

Wells Fargo Operatin    12/01/21-12/15/21

468.00

# Bhavneet Kaur Bhogal - 1025585 - Reliant Rehabilitation

# Pay History

Select a pay date to view, download, or print a single pay statement. To download multiple pay statements, select up to 30 pays with a pay date on or after 08/09/2019. Select Download to initiate the process to receive a single file with multiple pay statements.

Displaying **1-10** of **50** records | **0** row(s) selected

| Pay Date | Document Number | Net Pay | Earnings | Employee Deductions | Employee Taxes |
|---|---|---|---|---|---|
| 01/21/2022 | 200472128 | $1,808.87 | $2,244.00 | $0.00 | $435.13 |
| 01/07/2022 | 200466411 | $760.88 | $884.40 | $0.00 | $123.52 |
| 12/24/2021 | 200460562 | $385.02 | $422.40 | $0.00 | $37.38 |
| 12/10/2021 | 200448863 | $2,165.26 | $2,732.40 | $0.00 | $567.14 |
| 11/26/2021 | 200442910 | $1,923.52 | $2,409.00 | $0.00 | $485.48 |
| 11/12/2021 | 200437083 | $1,869.26 | $2,336.40 | $0.00 | $467.14 |
| 10/29/2021 | 200431137 | $1,977.78 | $2,481.60 | $0.00 | $503.82 |
| 10/15/2021 | 200425223 | $1,159.76 | $1,399.20 | $0.00 | $239.44 |
| 10/01/2021 | 200419298 | $1,058.16 | $1,267.20 | $0.00 | $209.04 |
| 09/17/2021 | 200413371 | $608.90 | $699.60 | $0.00 | $90.70 |

Records per page  10    Displaying 1-10 of 50 records    1 / 5