Austin P. Nagel, SBN 118247
Kirsten Martinez, SBN 310674
Bonial & Associates, P.C.
3160 Crow Canyon Place, Suite 215
San Ramon, California 94583
Telephone: (213) 863-6010
Fax: (213) 863-6065
Austin.Nagel@BonialPC.com
Kirsten.Martinez@BonialPC.com

Attorneys for Movant,
Specialized Loan Servicing LLC as attorney-in-fact for Wells Fargo Bank, N.A., as Trustee for Bear Stearns ARM Trust 2007-5

# UNITED STATES BANKRUPTCY COURT

## FOR THE CENTRAL DISTRICT OF CALIFORNIA, LOS ANGELES DIVISION

| In re: | Case No. 2:22-bk-10618-ER |
|---|---|
| Bhavneet K. Bhogal, | Chapter 7 |
| | **MOTION TO APPROVE LOAN MODIFICATION** |
| | (no hearing required unless requested in writing) |
| Debtor. | |

**TO THE HONORABLE ERNEST M. ROBLES, UNITED STATES BANKRUPTCY COURT JUDGE, DEBTOR, DEBTOR'S COUNSEL, THE TRUSTEE, AND OTHER INTERESTED PARTIES:**

Specialized Loan Servicing LLC as attorney-in-fact for Wells Fargo Bank, N.A., as Trustee for Bear Stearns ARM Trust 2007-5 ("Movant") hereby moves this Court for an Order to authorize Debtor to enter into a loan modification affecting the real property located at 23415 Pleasanton Meadow Rd, Diamond Bar, CA 91765 (the "Property").

After the filing of this bankruptcy case, Debtor has worked out a loan modification agreement with Movant under the following terms:

///

|   |   |
|---|---|
| a. Lender: | Movant |
| b. New Principal Balance: | $957,472.64 |
| c. Commitment Term: | Mar 1, 2022, through Aug 1, 2047 |
| d. Initial Monthly Payment: | $5,081.23 |
| e. Initial Interest Rate | 2.500% |

A true and correct copy of the executed Loan Modification Agreement (the "Loan Modification Agreement") is attached as Exhibit 1.

Movant has approved Debtor for a loan modification agreement and seeks an order approving the Loan Modification Agreement from the Court. Movant believes that this Agreement will not have any adverse impact on the estate, the Trustee, or any other creditors in the bankruptcy case.

The purpose of Movant's Motion is to obtain a "comfort order" so that the Court may find that negotiating and entering into the Loan Modification Agreement does not violate the automatic stay provision of 11 U.S.C. §362 or any other provision of the Bankruptcy Code or law. Movant is not requesting that the Court approve nor disapprove any specific terms of the Loan Modification Agreement or any incorporated documents. It is merely out of an abundance of caution that Movant proceed in this manner.

The parties believe the Court has the power and authority to grant this motion pursuant to 11 U.S.C. §105 and that the agreement is in the best interest of the Movant, Debtor, and the bankruptcy estate.

**WHEREFORE**, Movant prays that this Court issues an Order as follows:

1. An Order authorizing Debtor to enter loan modifications of the type described in the Motion.
2. Any other and further relief as the Court deems just and proper.

Dated: February 17, 2022

Respectfully Submitted,
Bonial & Associates, P.C.

By:    */s/Kirsten Martinez*
       Austin P Nagel
       Kirsten Martinez
       Attorneys for Movant,
       Specialized Loan Servicing LLC

# PROOF OF SERVICE OF DOCUMENT

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding. My business address is:

**14841 Dallas Parkway, Suite 425**
**Dallas, Texas 75254**

A true and correct copy of the foregoing document described as **NOTICE OF MOTION FOR ORDER WITHOUT HEARING PURSUANT TO LBR 9013-1(o); MOTION TO APPROVE LOAN MODIFICATION** will be served or was served **(a)** on the judge in chambers in the form and manner required by LBR 5005-2(d); and **(b)** in the manner indicated below:

1. **TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING (NEF)**: Pursuant to controlling General Orders and LBR, the foregoing document will be served by the court via NEF and hyperlink to the document. On (*date*) **February 17, 2022**, I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following persons are on the Electronic Mail Notice List to receive NEF transmission at the email addresses stated below:

*U.S. Trustee*
ustpregion16.la.ecf@usdoj.gov

*Trustee*
Jason M. Rund
trustee@srlawyers.com

*Debtor's Attorney*
Gary Polston
gmp@polstonlaw.com

☐ Service information continued on attached page

2. **SERVED BY UNITED STATES MAIL**:
On (*date*) **February 17, 2022**, I served the following persons and/or entities at the last known addresses in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States mail, first class, postage prepaid, and addressed as follows. Listing the judge here constitutes a declaration that mailing to the judge will be completed no later than 24 hours after the document is filed.

*U.S. Bankruptcy Court Judge*
Honorable Ernest M. Robles
255 E. Temple Street, Suite 1560
Los Angeles, CA 90012

*Debtor*
Bhavneet K Bhogal
23415 Pleasant Meadow Rd
Diamond Bar, CA 91765-3366

☐ Service information continued on attached page

3. **SERVED BY PERSONAL DELIVERY, OVERNIGHT MAIL, FACSIMILE TRANSMISSION OR EMAIL** (state method for each person or entity served): Pursuant to F.R.Civ.P. 5 and/or controlling LBR, on (*date*) _____, I served the following persons and/or entities by personal delivery, overnight mail service, or (for those who consented in writing to such service method), by facsimile transmission and/or email as follows. Listing the judge here constitutes a declaration that personal delivery on the judge will be completed no later than 24 hours after the document is filed.

☐ Service information continued on attached page

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

| **February 17, 2022** | **Corey Banks** | */s/Corey Banks* |
|---|---|---|
| *Date* | *Printed Name* | *Signature* |

NtcMod_CAC_001    4151-N-3071
This form is optional. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

*December 2015*    Page 3    **F 9013-1.2.OPPORTUNITY.HEARING.NOTICE**