1   JEFFREY A. KRIEGER (SBN 156535)
    JKrieger@GreenbergGlusker.com
2   KEITH PATRICK BANNER (SBN 259502)
    KBanner@GreenbergGlusker.com
3   GREENBERG GLUSKER FIELDS CLAMAN
    & MACHTINGER LLP
4   2049 Century Park East, Ste. 2600
    Los Angeles, California 90067
5   Telephone:  310.553.3610
    Fax:  310.553.0687
6
7   Attorneys for Jason M. Rund,
    Chapter 7 Trustee

8

9                    UNITED STATES BANKRUPTCY COURT

10                   CENTRAL DISTRICT OF CALIFORNIA

11                       LOS ANGELES DIVISION

12

13   In re:                                    Case No. 2:22-bk-10618-ER

14   BAHVNEET K. BHOGAL,                        Chapter 7

15                Debtor.                       **NOTICE OF CHAPTER 7 TRUSTEE'S
                                                MOTION FOR ORDER APPROVING
16                                              STIPULATION BETWEEN CHAPTER 7
                                                TRUSTEE AND EQUITY STOCK
17                                              CORPORATION: (1) RESOLVING
                                                DISPUTES REGARDING SECURED
18                                              CLAIM; AND (2) GRANTING CERTAIN
                                                CARVE OUTS FROM LIEN ON
19                                              DEBTOR'S RESIDENCE IN FAVOR OF
                                                THE BANKRUPTCY ESTATE**
20
21                                              [NO HEARING REQUIRED]

22

23

24

25

26

27

28

GREENBERG GLUSKER FIELDS CLAMAN
& MACHTINGER LLP
2049 Century Park East, Ste. 2600
Los Angeles, California 90067

76218-00002/4431010.1

GREENBERG GLUSKER FIELDS CLAMAN
& MACHTINGER LLP
2049 Century Park East, Ste. 2600
Los Angeles, California 90067

**TO THE HONORABLE ERNEST M. ROBLES, UNITED STATES**

**BANKRUPTCY JUDGE, THE DEBTOR, THE UNITED STATES TRUSTEE, AND ALL**

**PARTIES-IN-INTEREST HEREIN:**

**PLEASE TAKE NOTICE** that Jason M. Rund, Chapter 7 Trustee (the "Trustee of the

bankruptcy estate of Debtor Bhavneet K. Bhogal (the "Debtor") has filed his *Chapter 7 Trustee's*

*Motion for Order Approving Stipulation Between Chapter 7 Trustee and Equity Stock*

*Corporation: (1) Resolving Disputes Regarding Secured Claim; and (2) Granting Certain Carve*

*Outs from Lien on Debtor's Residence in Favor of Bankruptcy Estate* [Docket No. 46 ] (the

"Motion") seeking entry of an order pursuant to Rule 9019 of the Federal Rules of Bankruptcy

Procedure approving the *Stipulation Between Chapter 7 Trustee and Equity Stock Corporation:*

*(1) Resolving Disputes Regarding Secured Claim; and (2) Granting Certain Carve Outs from*

*Lien on Debtor's Residence in Favor of the Bankruptcy Estate* [Docket No. 45] (the

"Stipulation") by and between the Trustee, on behalf of the bankruptcy estate, and Equity Stock

Corporation, a California corporation ("ESC"), a copy of which is attached as Exhibit 1 to the

*Declaration of Jason M. Rund* (the "Rund Declaration") accompanying the Motion.

As further set forth in the Motion, the Stipulation is the result of extensive, good faith

negotiations between the Trustee and ESC relating to ESC's purported secured claim asserted

against the Debtor's residence located at 23415 Pleasant Meadow Road, Diamond Bar, CA 91765

(the "Residence") in this chapter 7 bankruptcy case, as set forth in Claim No. 11 (the "ESC

Claim").  The compromise memorialized in the Stipulation, among other things, will: (1) allow

the ESC Claim to be secured against the Net Sale Proceeds (as defined in the Stipulation and

Motion) from the Trustee's sale of the Residence and no other assets of the bankruptcy estate; (2)

in the event of such sale, the bankruptcy estate will receive, as free and clear proceeds from what

otherwise would be payable on ESC's allowed secured claim, 30% of the Net Sale Proceeds if the

purchase price for the Residence does not exceed $2,916,30, or $325,000.00 if the purchase price

for the Residence exceeds $2,916,308 (the "Carve-Out"); (3) allow ESC to file an unsecured

deficiency claim for the remaining unpaid amount of the ESC Claim; and (4) permit ESC to credit

bid against the Residence, provided that the Carve-Out and other payments superior to the Net

NOTICE OF MOTION TO
APPROVE COMPROMISE

76218-00002/4431010.1

1   Sale Proceeds are paid into escrow.  As detailed in the Motion, the Trustee believes that the

2   proposed compromise memorialized in the Stipulation is in the best interests of the bankruptcy

3   estate under the circumstances, is well within the Trustee's business judgment, and should be

4   approved.

5          **PLEASE TAKE FURTHER NOTICE** that the Motion is based upon this Notice, the

6   Rund Declaration, the record in this case and all other matters of which this Court may take

7   judicial notice pursuant to Rule 201 of the Federal Rules of Evidence, and such further oral and

8   documentary evidence as may be presented at any hearing on this Motion.

9          **PLEASE TAKE FURTHER NOTICE**   that a copy of the Motion and the Stipulation

10  can be obtained for a fee by accessing PACER through the Court's website at

11  www.cacb.uscourts.gov or free of charge by contacting the Trustee's counsel at:

12                      Keith Patrick Banner, Esq.
                        GREENBERG GLUSKER FIELDS CLAMAN
13                      & MACHTINGER LLP
                        2049 Century Park East, Ste. 2600
14                      Los Angeles, California  90067-4590
                        Telephone:  310.553.3610
15                      Facsimile:   310.553.0687
                        Email: kbanner@GreenbergGlusker.com
16

17         **PLEASE TAKE FURTHER NOTICE** that in accordance with Local Bankruptcy Rule

18  9013-1(o)(1), any response to the Motion and request for hearing must be in the form required by

19  Local Bankruptcy Rule 9013-1(f)(1) and must be filed with the Court and served on: (i) the

20  Trustee at 840 Apollo Street, Suite 351, El Segundo, California 90245; (ii) his general bankruptcy

21  counsel, Greenberg Glusker Fields Claman & Machtinger LLP, Attn: Keith Patrick Banner, Esq.,

22  2049 Century Park East, Ste. 2600, Los Angeles, California 90067; and (iii) the Office of the

23  United States Trustee, located at 915 Wilshire Blvd., Suite 1850, Los Angeles, California 90017,

24  within seventeen (17) days from the date of service of this Notice.

25  / / /

26  / / /

27  / / /

28  / / /

3

NOTICE OF MOTION TO
APPROVE COMPROMISE

GREENBERG GLUSKER FIELDS CLAMAN
& MACHTINGER LLP
2049 Century Park East, Ste. 2600
Los Angeles, California 90067

1    If you fail to file a written response within seventeen (17) days from the date of the

2 service of this Notice, the Bankruptcy Court may treat such failure as a waiver of your right to

3 oppose the Motion and may grant the requested relief.

4

5  DATED:  July 5, 2022       GREENBERG GLUSKER FIELDS CLAMAN
                  & MACHTINGER LLP

6

7                 By: */s/ Keith Patrick Banner*
                   JEFFREY A. KRIEGER

8                   KEITH PATRICK BANNER
                   Attorneys for Jason M. Rund,

9                   Chapter 7 Trustee

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

GREENBERG GLUSKER FIELDS CLAMAN
& MACHTINGER LLP
2049 Century Park East, Ste. 2600
Los Angeles, California 90067

4                 NOTICE OF MOTION TO
                 APPROVE COMPROMISE

76218-00002/4431010.1

# PROOF OF SERVICE OF DOCUMENT

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding. My business address is:
  2049 Century Park East, Ste. 2600 Los Angeles, CA 90067


A true and correct copy of the foregoing document entitled (*specify*):
**NOTICE OF CHAPTER 7 TRUSTEE'S MOTION FOR ORDER APPROVING STIPULATION
BETWEEN CHAPTER 7 TRUSTEE AND EQUITY STOCK CORPORATION: (1) RESOLVING
DISPUTES REGARDING SECURED CLAIM; AND (2) GRANTING CERTAIN CARVE OUTS FROM
LIEN ON DEBTOR'S RESIDENCE IN FAVOR OF THE BANKRUPTCY ESTATE**
will be served or was served **(a)** on the judge in chambers in the form and manner required by LBR 5005-2(d); and **(b)** in
the manner stated below:

**1**. **TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING (NEF)**: Pursuant to controlling General
Orders and LBR, the foregoing document will be served by the court via NEF and hyperlink to the document. On (*date*)
07/05/2022, I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the
following persons are on the Electronic Mail Notice List to receive NEF transmission at the email addresses stated below:

☒  Service information continued on attached page

**2. SERVED BY UNITED STATES MAIL**:
On (*date*) 07/05/2022, I served the following persons and/or entities at the last known addresses in this bankruptcy case
or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States mail, first
class, postage prepaid, and addressed as follows. Listing the judge here constitutes a declaration that mailing to the judge
will be completed no later than 24 hours after the document is filed.
Debtor
Bhavneet K Bhogal
23415 Pleasant Meadow Rd
Diamond Bar, CA 91765-3366

☒  Service information continued on attached page

**3. SERVED BY PERSONAL DELIVERY, OVERNIGHT MAIL, FACSIMILE TRANSMISSION OR EMAIL** (state method
for each person or entity served): Pursuant to F.R.Civ.P. 5 and/or controlling LBR, on (*date*)07/05/2022, I served the
following persons and/or entities by personal delivery, overnight mail service, or (for those who consented in writing to
such service method), by facsimile transmission and/or email as follows. Listing the judge here constitutes a declaration
that personal delivery on, or overnight mail to, the judge will be completed no later than 24 hours after the document is
filed.
Via Messenger
The Honorable Ernest M. Robles
United States Bankruptcy Court
Central District of California
Edward R. Roybal Federal Building and Courthouse
255 E. Temple Street, Suite 1560 / Courtroom 1568
Los Angeles, CA 90012

☐  Service information continued on attached page

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

| 07/05/2022 | Viktoriia Afanasieva | /s/ *Viktoriia Afanasieva* |
|---|---|---|
| *Date* | *Printed Name* | *Signature* |

This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

**1. TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING (NEF):**

Keith Patrick Banner     kbanner@greenbergglusker.com,
sharper@greenbergglusker.com;calendar@greenbergglusker.com
M. Candice Bryner     candice@brynerlaw.com
Jeffrey J Hagen     jeff@hagenhagenlaw.com
Kirsten Martinez     Kirsten.Martinez@bonialpc.com, Notices.Bonial@ecf.courtdrive.com
Austin P Nagel     edward.yoo@bonialpc.com, Notices.Bonial@ecf.courtdrive.com
Gary Polston     gmp@polstonlaw.com, polstonlaw@jubileebk.net
Jason M Rund (TR)     trustee@srlawyers.com, jrund@ecf.axosfs.com
United States Trustee (LA)     ustpregion16.la.ecf@usdoj.gov

---

This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

**F 9013-3.1.PROOF.SERVICE**

2. SERVED BY UNITED STATES MAIL

Amex/Bankruptcy
Correspondence/Bankruptcy
PO Box 981540
El Paso, TX 79998-1540

Bank of America, N.A.
PO BOX 31785
Tampa, FL 33631-3785

Citibank/Shell Oil
Citicorp Credit Srvs/Centralized Bk dept
PO Box 790034
St Louis, MO 63179-0034

Equity Stock Corporation
Law Office of Gregory J. Hout
12396 World Trade Center  206
San Diego, CA 92128-3788

Holiday Hospitality Franchising, Inc.
3 Ravinia Dr. 100
Atlanta, GA 30346-2121

Nordstrom Signature Visa
Attn: Bankruptcy
PO Box 6555
Englewood, CO 80155-6555

US Legal Group, APC
c/o Law Office of Stephen A. Madoni
1151 Dove Street, Suite 235
Newport Beach, CA 92660-2806

Gary Polston
The Law Office of Gary Polston
24031 El Toro Road., Suite 260
Laguna Hills, CA 92653-3153

Specialized Loan Servicing LLC 3160
Crow Canyon Place, Suite 215 San
Ramon, CA 94583-1110

Anand Desai
Meinders & Meinders, P.C.
2204 Sw Main St
Woodward, OK 73801-2802

Bank of America, N.A.
PO Box 673033
Dallas, TX 75267-3033

Crossroad Exchange, LLC
20631 Ventura Blvd., Unit 301
Woodland Hills, CA 91364-2374

Equity Stock Corporation
Law Office of Gregory J. Hout 12396
World Trade Center Drive 206 San
Diego, CA 92128-3788

INTERNAL REVENUE SERVICE
P.O. BOX 7346
PHILADELPHIA, PA 19101-7346

Sls/equity
Attn: Bankruptcy 8742 Lucent Blvd.
Highlands Ranch, CO 80129-2302

United States Trustee (LA)
915 Wilshire Blvd, Suite 1850
Los Angeles, CA 90017-3560

Los Angeles Division
255 East Temple Street,
Los Angeles, CA 90012-3332

(p)BANK OF AMERICA
PO BOX 982238
EL PASO TX 79998-2238

Citibank, N.A.
5800 S Corporate Pl
Sioux Falls, SD  57108-5027

Gs Bank Usa
Attn: Bankruptcy
Lockbox 6112 PO Box 7247
Philadelphia, PA 19170-0001

Niki-Alexander Shetty
c/o Gregory Hout
12396 World Trade Drive 206
San Diego, CA 92128-3788

Steve Madoni and Christina Bateman
1151 Dove Street 235
Newport Beach CA 92660-2806

Bhavneet K Bhogal
23415 Pleasant Meadow Rd
Diamond Bar, CA 91765-3366

The preferred mailing address (p) above has been substituted for the following entity/entities as so specified
by said entity/entities in a Notice of Address filed pursuant to 11 U.S.C. 342(f) and Fed.R.Bank.P. 2002 (g)(4).